MELINDA HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG OLIVER COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 3:14-cv-03911-WHO<br><br>**MOTION AND PROPOSED ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

    Defendant respectfully moves the Court for an extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time because the undersigned has a preplanned vacation in Taiwan for Chinese New Year from February 26 through March 14, 2015.  Defendant has not previously sought any extension in this case. Defendant attempted to contact Plaintiff's counsel by email on February 25, 2015, but was unsuccessful.

Motion to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Friday, March 27, 2015.

Respectfully submitted,

Date: *February 25, 2015*         MELINDA HAAG
                                  United States Attorney

                            By:   */s/ Jeffrey Chen*
                                  JEFFREY CHEN
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: February 26, 2015

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES MAGISTRATE JUDGE

2

Motion to Extend Def.'s MSJ